**DISMISS; Opinion issued May 8, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-11-00795-CV**

**HILL PROFESSIONAL SERVICES, LLC, Appellant**
**V.**
**TEKSYSTEMS, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02185-2008**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Bridges

Hill Professional Services LLC's unopposed motion for reconsideration or clarification is granted. We withdraw our opinion and vacate our judgment of December 11, 2012. The following is now the opinion of the Court.

This Court hereby grants the parties' joint stipulated motion to dismiss. We vacate the trial court's judgment and order this case dismissed. *See* TEX. R. APP. P. 42.1(a)(2)(A); 43.2(e).

PER CURIAM

110795F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HILL PROFESSIONAL SERVICES, LLC,
Appellant

No. 05-11-00795-CV          V.

TEKSYSTEMS, Appellee

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-02185-2008.
Opinion delivered by Justice Bridges.
Justices O'Neill and Murphy participating.

        We **WITHDRAW** our opinion and **VACATE** our judgment of December 11, 2012. The
following is now the judgment of the Court.

        In accordance with this Court's opinion of this date, the judgment of the trial court is
**VACATED**, and this case is **DISMISSED**.


Judgment entered May 8, 2013.


                                        /David L. Bridges/
                                        DAVID L. BRIDGES
                                        JUSTICE